# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

WILLIAM SHUTT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3784

_____

February 28, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Chris W. Altenbernd of Banker Lopez Gassler P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.


VILLANTI, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.